UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD A. SMITH,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MICHAEL MAHONEY, Montana State Prison,<br><br>        Respondent - Appellee. | No. 94-99003<br><br>D.C. No. CV-86-198-M-CCL<br>U.S. District Court for Montana, Missoula<br><br>**ORDER** |

The amicus brief submitted by Canadian Civil Liberties Association and Professor William A. Schabas on March 26, 2010 is filed.

No paper copies of this brief are required.

                                      FOR THE COURT:

                                      Molly C. Dwyer
                                      Clerk of Court

                                      Pinky Argonza
                                      Deputy Clerk