# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 2, 2010

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Ronald A. Smith
v. Michael Mahoney, Warden
No. 10-5680
(Your No. 94-99003)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 27, 2010 and placed on the docket August 2, 2010 as No. 10-5680.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst