UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD A. SMITH, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL MAHONEY, Montana State Prison, <br><br> Respondent - Appellee. | No. 94-99003 <br><br> D.C. No. CV-86-198-M-CCL <br> U.S. District Court for Montana, Missoula <br><br> **MANDATE** |

The judgment of this Court, entered March 05, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Pinky Argonza
Deputy Clerk