# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 12, 2010

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 12 2010

FILED _____
DOCKETED _____
DATE     INITIAL

Re: Ronald A. Smith
v. Michael Mahoney, Warden
No. 10-5680
(Your No. 94-99003)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk